**Order filed February 3, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00323-CR

_____

**CESAR CARLOS URBINA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 155th District Court
Austin County, Texas
Trial Court Cause No. 2018R-0157**

---

### ORDER

The reporter's record in this case was due **October 28, 2021**. *See* Tex. R. App. P. 35.1. On January 11, 2022, this court granted in part the court reporter's third request for extension of time to file the record until January 28, 2022. In granting that request, this court noted that no further extensions would be granted absent extraordinary circumstances. On that date, the court reporter submitted a fourth request for extension of time, seeking to file the record on February 28, 2022. Based on the circumstances elaborated on in the motion, we issue the following order.

We order **Vicki L. Brown**, the 155th District Court's court reporter, to file the record in this appeal by **February 28, 2022**. **No further extensions will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Vicki L. Brown** does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Zimmerer and Wilson.